1   GERARD G. PECHT *(Admitted Pro Hac Vice)*
    gerard.pecht@nortonrosefulbright.com
2   **NORTON ROSE FULBRIGHT US LLP**
    1301 McKinney, Suite 5100
3   Houston, Texas  77010-3095
    Telephone:    (713) 651-5151
4   Facsimile:     (713) 651-5246

5   M. SCOTT INCERTO *(Admitted Pro Hac Vice)*
    scott.incerto@nortonrosefulbright.com
6   **NORTON ROSE FULBRIGHT US LLP**
    98 San Jacinto Boulevard, Suite 1100
7   Austin, Texas  78701-4255
    Telephone:    (512) 474-5201
8   Facsimile:     (512) 536-4598

9   JOSHUA D. LICHTMAN (SBN 176143)
    joshua.lichtman@nortonrosefulbright.com
10  MICHELLE L. MELLO (SBN 288081)
    michelle.mello@nortonrosefulbright.com
11  **NORTON ROSE FULBRIGHT US LLP**
    555 South Flower Street, Forty-First Floor
12  Los Angeles, California  90071
    Telephone:    (213) 892-9200
13  Facsimile:     (213) 892-9494

14  Attorneys for Defendants
    HCC LIFE INSURANCE COMPANY and HCC
15  MEDICAL INSURANCE SERVICES, LLC
    *(erroneously sued as* TOKIO MARINE HCC –
16  MEDICAL INSURANCE SERVICES GROUP)

17              IN THE UNITED STATES DISTRICT COURT

18       FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

19

20  MOHAMMED AZAD and DANIELLE          Case No.:  4:17-cv-00618-PJH
    BUCKLEY, on behalf of themselves and all
21  others similarly situated,                 **DECLARATION OF SUMERA KHAN IN
                                               SUPPORT OF HCC LIFE INSURANCE
22             Plaintiffs,                     COMPANY AND HCC MEDICAL
                                               INSURANCE SERVICES, LLC'S
23       v.                                    MOTION TO DISMISS AND THEIR
                                               ALTERNATIVE MOTION TO STRIKE
24  TOKIO MARINE HCC – MEDICAL                 CLASS ALLEGATIONS
    INSURANCE SERVICES GROUP, HEALTH
25  INSURANCE INNOVATIONS, INC., HCC
    LIFE INSURANCE COMPANY, and           Date:   May 24, 2017
26  CONSUMER BENEFITS OF AMERICA,         Time:   9:00 a.m.
                                          Ctrm:   3
27             Defendants.
                                          Complaint Filed:  February 7, 2017
28

I, Sumera Khan, hereby say and declare as follows:

1. I am an attorney duly admitted to practice law in the state of Texas and am an Associate with the law firm of Norton Rose Fulbright US, LLP, counsel of record for Defendants HCC Life Insurance Company and HCC Medical Insurance Services, LLC (*erroneously sued as Tokio Marine HCC – Medical Insurance Services Group*) ("HCC") in this matter.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Plaintiff Mohammed Azad alleges at paragraph 19 of the Class Action Complaint ("Complaint") that, in connection with his purchase of his short-term insurance policy on or about December 8, 2015, he was directed to the Insurance Care Direct website,  located at www.insurancecaredirect.com.

3. Exhibit 1 is a screenshot of the "Short Term Insurance" page, as was linked in December 2015 from that website's homepage that disclosed that short term policies "are generally for the healthy as pre-existing conditions are not covered."  This screenshot was taken from the Archive.org site (also known as Way Back Machine).

4. I contacted Ubiquis, a transcription service, and provided to Ubiquis the audio recording manually filed as Exhibit A to the Declaration of Dan Garavuso and referenced at paragraphs 20 and 21 of the Complaint.  Exhibit 2 is a true and correct copy of a transcription Ubiquis prepared of that recording that includes a certificate by the transcriber affirming that the "transcript was prepared using electronic transcription equipment and is a true and accurate record to the best of [her] ability."

//
//
//
//
//
//
//

1    5.    Certain of the declarations and exhibits submitted by HCC in support of their

2    motion to dismiss and their alternative motion to strike contain redactions of personal or health

3    information in accordance with Fed. R. Civ. P. 5.2 and the Health Insurance Portability and

4    Accountability Act of 1996 ("HIPAA").

5    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

6    and correct.  Executed this 13th day of April, 2017, at Houston, Texas.

7

8    _____
     Sumera Khan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT  1

# Exhibit 3

**Step One:**



**Step Two:**



# EXHIBIT 2



**AZAD MOHAMMED 20151208**

2    [START RECORDING

3    AZAD_MOHOMMED_20151208_HFLEX]

4    MR. VERNON MONTGOMERY:  Hi, my name is Vernon

5    Montgomery, and I am a representative in the

6    verification department.  And this verification

7    number is HCCHFVH0012082015.  Today's date is

8    December 8, 2015.  This call is being recorded for

9    quality assurance.  This call will confirm that you

10    do understand that you're purchasing a short-term

11    medical plan, underwritten by HCC Life Insurance

12    Company, and administered by Health Insurance

13    Innovations, which will provide a six-month term of

14    major medical insurance, and that your agent of

15    record is Mr., excuse me, is Ms. Melady Martin, at

16    Insurance Care Direct.  Okay?

17    MR. AZAD:  Okay.

18    MR. MONTGOMERY:  Now Mr. Azad, you understand that

19    short-term medical insurance is not considered

20    minimal essential coverage under the Affordable Care

21    Act and therefore, which is also known as Obamacare.

22    And that you may be subject to a tax penalty,

23    correct?

24    MR. AZAD:  Yes.

25    MR. MONTGOMERY:  You understand that the insurance

26    does not pay benefits for the first 12 months of

27    coverage, for conditions for which medical advice,

1

2    care, diagnosis, treatment, consultation, or

3    medication which is recommended by or received from

4    a doctor within five years immediately preceding the

5    coverage effective date.  If you have a condition

6    that has manifested itself, or shows signs of

7    symptoms where a reasonable prudent person would

8    seek medical attention, it would be considered pre-

9    existing regardless of whether you have been

10   diagnosed or treated for the condition previously.

11   This limitation may vary by state and does not apply

12   to prescription discount benefit, correct?

13   MR. AZAD:  Correct.

14   MR. MONTGOMERY:  Now please state your full name and

15   address for the recording.

16   MR. AZAD:  Mohammed J. Azad.  I'm at 27781 Dickins

17   Ave., Hayward, California, 94544.

18   MR. MONTGOMERY:  Thank you.  Now Mr. Azad, these

19   questions are for all proposed insureds. Please

20   respond to each question.  I would like to verify

21   your understanding of your insurance purchase.  You

22   understand that the insurance program is a short-

23   term medical insurance plan, that coverage is non-

24   renewable, and it will terminate at the end of the

25   coverage period, right?

26   MR. AZAD:  Right.

27   MR. MONTGOMERY:  You understand that if you had a

1
2  prior short-term medical plan with HCC Life

3  Insurance Company, you must qualify under a new

4  application for insurance to get eligible for a new

5  short-term medical plan. You understand that if you

6  are deemed eligible, your new short-term medical

7  plan will have a new effective date, new pre-

8  existing conditions limitation, new deductibles, and

9  new co-insurance limits. You do understand this,

10  correct?

11  MR. AZAD: Yes.

12  MR. MONTGOMERY: All righty. You understand, now I

13  do have some medical questions to go over. These

14  medical questions apply to all family members

15  applying for coverage. You do understand that if

16  you falsify or neglect to answer any questions

17  accurately, this will nullify the application and

18  void all benefits of the policy. You do understand

19  this, correct?

20  MR. AZAD: Yes, yes.

21  MR. MONTGOMERY: All righty, will any applicant have

22  other health insurance enforced on the policy

23  effective date or be eligible for Medicaid?

24  MR. AZAD: No.

25  MR. MONTGOMERY: Are you or any applicant now

26  pregnant, an expectant father, in process of

27  adoption, or undergoing infertility treatment?

1

2    MR. AZAD:  No.

3    MR. MONTGOMERY:  Over 300 lbs., if male, or over 250

4    lbs., if female?

5    MR. AZAD:  No.

6    MR. MONTGOMERY:  Within the last five years, has any

7    applicant been diagnosed, treated, taken medication,

8    experienced signs of symptoms of any of the

9    following: cancer or tumor, stroke, heart disease,

10   including heart attack, chest pain, or had heart

11   surgery?

12   MR. AZAD:  No.

13   MR. MONTGOMERY:  Chronic obstructive pulmonary

14   disease or emphysema, Crohn's disease, liver

15   disorder, degenerated disk disease, or herniation

16   bulge?

17   MR. AZAD:  No.

18   MR. MONTGOMERY:  Rheumatoid arthritis, kidney

19   disorder, diabetes, degenerative joint disease of

20   the knee?

21   MR. AZAD:  No.

22   MR. MONTGOMERY:  Alcohol abuse, chemical dependency,

23   or any neurological disorder?

24   MR. AZAD:  No.

25   NR. MONTGOMERY:  Within the last five years, has any

26   applicant been treated, taken medication, by a

27   physician or medical practitioner, for AIDS, or

1          AZAD MOHAMMED 20151208          6

2     tested positive for HIV?

3     MR. AZAD:  No.

4     MR. MONTGOMERY:  Are you a US citizen, sir?

5     MR. AZAD:  Yes.

6     MR. MONTGOMERY:  And do you plan to stay in the U.S.

7     legally as long as you have this policy?

8     MR. AZAD:  Yes.

9     MR. MONTGOMERY:  Your policy includes $50 co-pays

10    for urgent care center visits for illness or injury,

11    per person.  After the $50 co-payment, the co-

12    insurance will apply.  This benefit is not subject

13    to the deductible.  Doctor office visits are subject

14    to the deductible and co-insurance.  Your plan also

15    includes a per cause deductible of $2,500.00.  Your

16    co-insurance will be 80/20, of $20,000.  Then the

17    insurance company pays 100%, up to $100,000.  You do

18    understand this, correct?

19    MR. AZAD:  Yes.

20    MR. MONTGOMERY:  All righty.  You have requested

21    that your insurance become effective on December 9,

22    2015.  Is this correct?

23    MR. AZAD:  Yes.

24    MR. MONTGOMERY:  You understand that accidents or

25    injuries that occur on or after your effective date

26    are covered on the effective date of your insurance

27    coverage.  Injuries that occur prior to your

1

2    effective date are excluded. You understand that

3    treatments for sickness are not covered until at

4    least 72 hours after the effective date.  The

5    waiting period for sickness may not apply in your

6    state, okay?

7    MR. AZAD:  Yes.

8    MR. MONTGOMERY:  You understand this policy does not

9    pay for benefits or expenses from any of the

10   following: routine medical examinations, such as

11   physicals or immunizations; prescription drugs;

12   obesity; maternity or well baby care; non-medically

13   necessary care; expenses that are not usual and

14   customary.  Please refer to your policy for a

15   complete listing of limitations and exclusions,

16   security and privacy disclaimers which can be found

17   by logging into your account at www.hiiquote.com.

18   AS part of your membership, you will also receive

19   prescription discounts benefits.  Agile Discount Rx

20   will allow you to save an average of 46% with

21   potential savings of up to 75% at more than 60,000

22   pharmacies nationwide.  This card can be used for

23   your entire family, including pets, and it never

24   expires.  Discounts are available exclusively

25   through participating pharmacies and providers.  The

26   range of the discounts will vary depending on the

27   type of provider and services rendered.  This

1

2      program does not make payments directly to

3      providers.  Members are required to pay for all

4      healthcare services.  Pharmacy locator and

5      prescription drug lookup is available at

6      www.myfreerxcard.com.  This benefit is not

7      affiliated with HCC Life Insurance Company.  Please

8      review your policy and certificate for a list of any

9      exclusions, limitations, and acknowledgements

10     specific to your state, okay?

11     MR. AZAD:  Okay.

12     MR. MONTGOMERY:  Now, included in the monthly plan

13     cost is the TelaDoc benefits.  Now with TelaDoc, you

14     have access to a national network of board-certified

15     physicians who provide diagnostic consultations via

16     telephone 24 hours a day, 365 days a year.  There's

17     a one-time registration cost of $10 required before

18     the first consultation.  All future calls are

19     guaranteed within one hour and that consultation is

20     at no cost to you.  Every participant is given a

21     username and access to their TelaDoc fulfillment

22     document online.  TelaDoc is not a part of the

23     insurance plan, nor is it affiliated with the

24     insurance company.  Also included is the value

25     benefits package.  You shall receive many benefits

26     such as the Kare 360 Patient Advocacy Program, 24/7

27     nurse line, roadside assistance, Lens Crafter vision

1

2   club, Office Depot discounts, UPS discounts, and car

3   rental discounts, correct?

4   MR. AZAD:  Correct.

5   MR. MONTGOMERY:  Also included is the Chiro and

6   Podiatry Care Plus package.  It is a discount

7   medical plan that allows you access to the Choose

8   Healthy program, which utilizes a network of more

9   than 28,000 credentialed health care providers,

10  including 20,000 chiropractors.  Members receive 25%

11  off normal fees and services.  The plan also

12  provides you access to Healthcare Networks of

13  America podiatry services.  Member receive savings

14  of 20-50% on the providers' normal fees.

15  Additionally, you will receive discounts on lab

16  tests, diagnostic imaging, vitamins and supplements,

17  and popular brand name pet meds, correct?

18  MR. AZAD:  Correct.

19  MR. MONTGOMERY:  Also included, is the benefits of

20  PEP.  PEP is an online personal health and wellness

21  program designed to help members achieve goals

22  regardless of age, let me see here, regardless of

23  age, gender, or level of fitness.  PEP offers

24  members access to health calculators for easy

25  tracking and self-assessments, health information

26  from professional staff, daily health tips on

27  nutrition, weight loss, exercise, disease

1

2    prevention, as well as the ability to obtain the

3    same co-workouts used by many professional athletes.

4    You understand there is a $125 one-time cost for PEP

5    services, correct?

6    MR. AZAD:  Correct.

7    MR. MONTGOMERY:  That brings your first month's

8    total to, no, excuse me, you have also agreed to

9    purchase the Cigna Dental access network access plan

10   offered by Cigna Dental and administered by Health

11   Insurance Innovations for a monthly cost of $23, is

12   this correct?

13   MR. AZAD:  Yes.

14   MR. MONTGOMERY:  So, you understand that Cigna's

15   Dental network access plan is not dental insurance.

16   It is a discount dental program that provides

17   members access to discounted fees, pursuant to DPPOP

18   schedules negotiated by Cigna Dental with a

19   participating dentist.  Members are responsible for

20   paying all charges directly to participating

21   dentists at the time services are rendered.  Cigna

22   Dental discounts average 35% nationwide when

23   compared to average area charges.  These discounts

24   depend upon procedure codes, geographic location,

25   and the Cigna Dental contracted rate agreed upon

26   with the dentist or dentist specialist, correct?

27   MR. AZAD:  Yes.

1

2    MR. MONTGOMERY:  You understand that you must visit

3    a participating provider of Cigna Dental network

4    access to receive a discounted fee.  You must

5    present a Cigna Dental ID card when visiting a Cigna

6    Dental provider.  If not, the discounted rate will

7    not apply, and you may be charged as usual and

8    customary fee.  Okay?

9    MR. AZAD:  Okay.

10   MR. MONTGOMERY:  Now, that brings your first month's

11   total to $336.56, and only $211.56 for each month

12   after that.  This will be billed today through your

13   Visa card, the last four digits of that card number

14   ending in 6645.  The expiration date of that card,

15   06/18, is this correct?

16   MR. AZAD:  Yes.

17   MR. MONTGOMERY:  You understand that your first

18   payment will be processed today.  You will see that

19   payment withdrawn within the next 24 hours, and your

20   plan will become effective on December 9, 2015.  You

21   also understand that your next month's payment and

22   recurring monthly payments after will be

23   automatically processed from the account on the 9th

24   of each month thereafter for the term of the

25   coverage.  You understand that if you cancel your

26   insurance, or if we are unable to take your payment

27   on the billing date, your insurance and benefits

1

2   will be canceled.  No representation by an agent, or

3   any other person shall be binding on Health

4   Insurance Innovations, or HCC Life Insurance

5   Company.  You do understand this, correct?

6   MR. AZAD:  Yes.

7   MR. MONTGOMERY:  An email will be sent to the email

8   address you provided, giving you the ability to

9   print or save the application for insurance, ID

10  cards, insurance certificates, scheduled benefits,

11  and any other state or company forms.  You will also

12  receive within the next seven to ten business days a

13  copy of the welcome letter and ID cards in the mail.

14  Please make sure to read your policy benefits,

15  limitations and exclusions within your ten-day free-

16  look period.  You can access your policy online at

17  www.hiiquote.com or call customer service if you do

18  not have access to a computer.  If you have any

19  questions at any time please call HII Member

20  Services at the number (877)376-5831.  You do

21  understand this, correct?

22  MR. AZAD:  Yes.

23  MR. MONTGOMERY:  Now this is a notice of voice

24  consent to electronic transactions, signatures, and

25  the documents.  You consent the use to electronic

26  signatures of the documents which would otherwise

27  only be valid if they are in writing.  We want to

1

2    confirm that you agree to the completion of your

3    application for the insurance plan and any

4    applicable benefit programs over the telephone.  And

5    that the plan benefits, legal notices, and costs of

6    the insurance were reviewed with you.  You agree

7    that your voice consent will serve as your

8    signature, correct?

9    MR. AZAD:  Yes.

10   MR. MONTGOMERY:  You understand that Health

11   Insurance Innovations on behalf of its partners will

12   rely on your signature as consent to receive the

13   documents electronically, unless you revoke this

14   consent.  You can update your information or revoke

15   this consent at any time by calling HII at the

16   number (877)376-5831, or emailing

17   support@hiiquote.com.  If you decide to withdraw

18   your consent, the legal validity and enforceability

19   of electronic transactions and signatures used prior

20   to withdrawal will not be affected.  You may request

21   specific documents in paper forms at any time

22   without revoking this consent.  You agree to review

23   the application produced by the voice signature

24   carefully to ensure your full understanding of all

25   provisions of the coverage.  If you are in agreement

26   with this consent, please say yes.

27   MR. AZAD:  Yes.

1       AZAD MOHAMMED 20151208                    14

2    MR. MONTGOMERY:  Now, just for your protection Mr.

3    Azad, just so I can confirm your understanding and

4    agreement to the terms and conditions of this

5    policy, please verify that by saying yes.

6    MR. AZAD:  Yes.

7    MR. MONTGOMERY:  Thank you.  That does complete this

8    verification.

9    [END RECORDING]

## C E R T I F I C A T E

I, Kaitlyn Wagstaff certify that the foregoing

transcript of Azad, Mohammed, was prepared using

standard electronic transcription equipment and is a

true and accurate record to the best of my ability.

I further certify that I am not connected by blood,

marriage or employment with any of the parties

herein nor interested directly or indirectly in the

matter transcribed.


Signature _____*Kaitlyn Wagstaff*_____

Date _____March 28, 2017_____