GERARD G. PECHT *(Admitted Pro Hac Vice)*
gerard.pecht@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

M. SCOTT INCERTO *(Admitted Pro Hac Vice)*
scott.incerto@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

JOSHUA D. LICHTMAN (SBN 176143)
joshua.lichtman@nortonrosefulbright.com
MICHELLE L. MELLO (SBN 288081)
michelle.mello@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendants
HCC LIFE INSURANCE COMPANY and HCC
MEDICAL INSURANCE SERVICES, LLC
*(erroneously sued as* TOKIO MARINE HCC –
MEDICAL INSURANCE SERVICES GROUP*)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MOHAMMED AZAD and DANIELLE BUCKLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOKIO MARINE HCC – MEDICAL INSURANCE SERVICES GROUP, HEALTH INSURANCE INNOVATIONS, INC., HCC LIFE INSURANCE COMPANY, and CONSUMER BENEFITS OF AMERICA,<br><br>Defendants. | Case No.: 4:17-cv-00618-PJH<br><br>**DECLARATION OF DAN GARAVUSO IN SUPPORT OF HCC LIFE INSURANCE COMPANY AND HCC MEDICAL INSURANCE SERVICES, LLC'S MOTION TO DISMISS AND THEIR ALTERNATIVE MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date: May 24, 2017<br>Time: 9:00 a.m.<br>Ctrm: 3<br><br>Complaint Filed: February 7, 2017 |

I, Dan Garavuso, hereby say and declare as follows:

1. I am Vice President of Compliance at Health Insurance Innovations, Inc. ("HII"). I have worked with HII since August 2012 and have been recently appointed to my current position. During the relevant time period for this case, HII was a duly licensed and appointed insurance producer for HCC Medical Insurance Service, LLC ("HCC") and was authorized to market and sell HCC Short-Term Medical insurance policies. In my capacity as Vice President of Compliance, I am knowledgeable about the verification call and welcome email process. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Manually filed herewith as Exhibit A is a true and correct copy of the recording of plaintiff Mohammed Azad's ("Azad") insurance application verification telephone call, dated December 8, 2015, and referenced at paragraphs 20 and 21 of the Class Action Complaint ("Complaint"), that HII received from the independent agency selling the policy and that has been kept by HII in the ordinary and regular course of business.

3. Attached hereto as Exhibit B is a true and correct copy of an email confirming Azad's coverage, which was sent from HII to Azad on December 8, 2015, and is referenced at paragraph 22 of the Complaint.

4. The email states "to learn more about how your plan works, click here," which includes a hyperlink to an HCC one and a half minute video, manually filed as Exhibit 14 to the Declaration of Jon Padgett.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of April, 2017, at Tampa, Florida.

Dan Garavuso

EXHIBIT A

| | |
|---|---|
| 1 | GERARD G. PECHT *(Admitted Pro Hac Vice)* |
| | gerard.pecht@nortonrosefulbright.com |
| 2 | **NORTON ROSE FULBRIGHT US LLP** |
| | 1301 McKinney, Suite 5100 |
| 3 | Houston, Texas  77010-3095 |
| | Telephone:  (713) 651-5151 |
| 4 | Facsimile:  (713) 651-5246 |
| 5 | M. SCOTT INCERTO *(Admitted Pro Hac Vice)* |
| | scott.incerto@nortonrosefulbright.com |
| 6 | **NORTON ROSE FULBRIGHT US LLP** |
| | 98 San Jacinto Boulevard, Suite 1100 |
| 7 | Austin, Texas  78701-4255 |
| | Telephone:  (512) 474-5201 |
| 8 | Facsimile:  (512) 536-4598 |
| 9 | JOSHUA D. LICHTMAN (SBN 176143) |
| | joshua.lichtman@nortonrosefulbright.com |
| 10 | MICHELLE L. MELLO (SBN 288081) |
| | michelle.mello@nortonrosefulbright.com |
| 11 | **NORTON ROSE FULBRIGHT US LLP** |
| | 555 South Flower Street, Forty-First Floor |
| 12 | Los Angeles, California  90071 |
| | Telephone:  (213) 892-9200 |
| 13 | Facsimile:  (213) 892-9494 |
| 14 | Attorneys for Defendants |
| | HCC LIFE INSURANCE COMPANY and HCC |
| 15 | MEDICAL INSURANCE SERVICES, LLC |
| | *(erroneously sued as* TOKIO MARINE HCC – |
| 16 | MEDICAL INSURANCE SERVICES GROUP*)* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MOHAMMED AZAD and DANIELLE BUCKLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOKIO MARINE HCC – MEDICAL INSURANCE SERVICES GROUP, HEALTH INSURANCE INNOVATIONS, INC., HCC LIFE INSURANCE COMPANY, and CONSUMER BENEFITS OF AMERICA,<br><br>Defendants. | Case No.: 4:17-cv-00618-PJH<br><br>**MANUAL FILING NOTIFICATION**<br><br>Date: May 24, 2017<br>Time: 9:00 a.m.<br>Ctrm : 3<br><br>Complaint Filed: February 7, 2017 |

Regarding: EXHIBIT A to the DECLARATION OF DAN GARAVUSO

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Unable to Scan Documents

___ Physical Object (please describe): _____

_X_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal in Criminal Case

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (please describe): _____

Dated: April 14, 2017

GERARD G. PECHT
M. SCOTT INCERTO
JOSHUA D. LICHTMAN
MICHELLE L. MELLO
**NORTON ROSE FULBRIGHT US LLP**

By __/s/ Joshua D. Lichtman__
JOSHUA D. LICHTMAN
Attorneys for Defendants
HCC LIFE INSURANCE COMPANY and
HCC MEDICAL INSURANCE SERVICES,
LLC *(erroneously sued as* TOKIO MARINE
HCC – MEDICAL INSURANCE SERVICES
GROUP*)*

EXHIBIT B

| Address Type | Email | Status | Reason | Date |
|---|---|---|---|---|
| To | ███████████████ | delivered | | 12-08-2015 |
| CC | renee@insurancecaredirect.com | delivered | | 12-08-2015 |
| CC | teller@insurancecaredirect.com | delivered | | 12-08-2015 |
| BCC | dgaravuso@hiiquote.com | delivered | | 12-08-2015 |



# Welcome

## Dear MOHOMMED AZAD,

Thank you for applying. We received your request for coverage under the following plans:

HealtheMed STM with an effective date of 12/09/2015. Amount paid: $188.56
Cigna Dental Network Access with an effective date of 01/01/2016. Amount paid: $23.00

Once your application is approved and your initial payment of $336.56 is processed, your coverage and benefits will begin on the corresponding effective date shown above.

Please note that each policy above is billed separately. if one policy terminates or is canceled, it will not automatically cancel your other policies, unless requested by you.

**View and Download Your Benefits**          **10-day Free Look**

All of your important insurance information is available for you to view, download and print at [HIIInsuranceSolutions.com](HIIInsuranceSolutions.com).

We have created a user ID and password for you, so you can login immediately, print your ID cards and view details about your coverage.

**Member ID:** ▮▮▮▮▮▮▮▮▮
**User ID:** ▮▮▮▮▮▮▮
**Password:** ▮▮▮▮▮▮▮

For your security, please update your password after logging in.

We want you to be happy with your coverage. If you are not satisfied for any reason and no claims have been filed, you may cancel your plan within 10 calendar days of your effective date to receive a full refund. The refund will include your first payment and application fee.

You will also receive a welcome letter in 7-10 business days that includes your insurance ID card and more information about your new plan and benefits.

## Learn More

To learn more about how your plan works, [click here](click here)

## Questions?

Billing Questions
1.855.221.5852
Monday - Friday 8:30am to 7:00pm EST
[support@hiiinsurancesolutions.com](support@hiiinsurancesolutions.com)

Benefits & Claims Services
HCC Medical Insurance Services
1.800.605.2282