UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED AZAD, et al.,

    Plaintiffs,

v.

TOKIO MARINE HCC - MEDICAL INSURANCE SERVICES GROUP, et al.,

    Defendants.

Case No. 17-cv-00618-PJH

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE FIRST AMENDED COMPAINT**

Re: Dkt. No. 87

On July 14, 2017, the court granted the various motions to dismiss in this matter, with leave to amend. Dkt. 86. The court ordered that "[p]laintiffs shall file an amended complaint by August 7, 2017. No additional claims or parties may be added without leave of court or stipulation of defendants." Id. at 18.

Before the court is a stipulation to extend the deadline for plaintiffs to file an amended complaint to August 21, 2017, with the response from defendants due September 18, 2017. Dkt. 87. The court GRANTS the request to extend these deadlines.

However, the stipulation notes that "due to the tentative settlement of the claims of [the two named plaintiffs]," plaintiffs' counsel intend to substitute "new Plaintiffs and proposed Class Representatives." The court's prior order does not permit the addition of new parties without consent of defendants or leave of court. Thus, if plaintiffs intend to add or substitute new class representatives, they must either obtain the consent of the defendants, or file a motion for leave of court by the deadline.

**IT IS SO ORDERED.**

Dated: August 7, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge