UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED AZAD, et al., | Case No.17-cv-00618-PJH |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TOKIO MARINE HCC - MEDICAL INSURANCE SERVICES GROUP, et al., | |
| Defendants. | |

The court having dismissed the case with prejudice on September 22, 2017,

it is Ordered and Adjudged

that judgment is hereby entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: September 22, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge